UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Savino Del Bene U.S.A., Inc.,
Wt al.,                              :

                                     :        21 CV 7205 (LAP)

                  Plaintiff(s),      :
                                     :        __ORDER__
       -against-                     :
                                     :
                                     :
Mediterranean Shipping Company       :L
(USA) Inc., et al.,                  :
                  Defendant(s).      :
                                     :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter

no later than December 17, 2021 of the status of the

action/remaining claims/defendants.


SO ORDERED.


                              _____
                              LORETTA A. PRESKA,

                              Senior U.S.D.J.



Dated:  12/8/21

New York, New York