UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC. and SAVINO DEL BENE S.P.A.,

    Plaintiffs,

v.

Case No.: 1:21-cv-7205-LAP

MEDITERRANEAN SHIPPING COMPANY (USA) INC. and MSC MEDITERRANEAN SHIPPING COMPANY S.A.

    Defendants.

_____/

## MOTION FOR DEFAULT

Plaintiffs, SAVINO DEL BENE U.S.A., INC. and SAVINO DEL BENE S.P.A. (hereinafter collectively "SDB" and/or "Plaintiffs"), by and through the undersigned counsel, hereby move for entry of a default by the clerk against Defendant, MEDITERRANEAN SHIPPING COMPANY (USA) INC. (hereinafter "MSC"), and states in support thereof as follows:

    1.    SDB caused MSC to be duly served with the Summons and Complaint in this matter on November 12, 2021 [D.E. 10].

    2.    MSC has failed to respond to or answer the Complaint through counsel or otherwise as required by law.

    3.    Accordingly, SDB respectfully submits that it is entitled to the entry of a Clerk's default against MSC pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, Plaintiffs respectfully request the Clerk of this Court to enter a default against MEDITERRANEAN SHIPPING COMPANY (USA) INC., and for such other and further relief as the Court may deem proper and just.

Date: December 14, 2021                                  Respectfully Submitted,

                                              **SPECTOR RUBIN, PA**

By:   */s/ Andrew Spector*
       Andrew R. Spector, Esq. (AS-3887)
       Continental Plaza
       3250 Mary Street, Suite 405
       Miami, Florida 33133
       andrew.spector@spectorrubin.com

       */s/ Troy Geisser*
       Troy Geisser, Esq. (TG-9012)
       11 Broadway, Suite 615
       New York, New York 10004
       Tel: (305) 537-2000
       Fax: (305) 537-2001
       troy.geisser@spectorrubin.com

*Attorneys for Plaintiffs, Savino Del Bene U.S.A., Inc. and Savino Del Bene S.p.A.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed on December 14, 2021, *via the Court's CM/ECF system*, which shall notify all parties of record.

                                              **SPECTOR RUBIN, P.A.**

By:   /s/ Andrew R. Spector
       Andrew R. Spector, Esq.
       (New York Bar No.: AS-3887)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC. and SAVINO DEL BENE S.P.A.,

    Plaintiffs,

v.                                                    Case No.: 1:21-cv-7205-LAP

MEDITERRANEAN SHIPPING COMPANY (USA) INC. and MSC MEDITERRANEAN SHIPPING COMPANY S.A.

    Defendants.

_____/

## ORDER OF DEFAULT

    A Default is entered in this action by the Court against Defendant, MEDITERRANEAN SHIPPING COMPANY (USA) INC., as named in the foregoing Motion for failure to serve or file any paper as required by law.

    **DONE AND ORDERED** in Chambers this  15  day of December 2021.

                                                            *Loretta A. Preska*
                                                       LORETTA A. PRESKA
                                                       UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record