UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Savino Del Bene U.S.A., Inc.,
et al.

        Plaintiffs,

   -against-                    21 CV 7205 (LAP)

Mediterranean Shipping Company (USA)      **ORDER**
Inc., et al.,

        Defendants.

    Plaintiffs Savino Del Bene U.S.A., Inc. and Savino Del Bene S.P.A. having filed motions for default (dkt. nos. 12, 13) improperly without submitting a Clerk's Certificate of Default and an Affidavit of Support, the Court respectfully directs the Clerk of Court to strike docket numbers 15 and 16 from the docket.

    Within seven days of this order, Plaintiffs shall file a motion for default in conformity with the Court's Individual Rules and Practices and the ECF Rules and Instructions.

**SO ORDERED.**

Dated:    December 16, 2021
           New York, New York

                                                  LORETTA A. PRESKA
                                                  Senior United States District Judge