UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAVINO DEL BENE U.S.A., INC. and SAVINO DEL BENE S.P.A.,

    Plaintiffs,

v.

Case No.: 1:21-cv-7205-LAP

MEDITERRANEAN SHIPPING COMPANY (USA) INC. and MSC MEDITERRANEAN SHIPPING COMPANY S.A.

    Defendants.

_____/

## ORDER OF DEFAULT

A Default is entered in this action by the Court against Defendant, MEDITERRANEAN SHIPPING COMPANY (USA) INC., as named in the foregoing Motion for failure to serve or file any paper as required by law.

**DONE AND ORDERED** in Chambers this 29 day of ~~December 2021~~ March 2022.

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

1