UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SAVINO DEL BENE U.S.A., INC., et al., | |
| Plaintiffs, | No. 21-CV-7205 (LAP) |
| -against- | ORDER |
| MEDITERRANEAN SHIPPING COMPANY (USA) INC., et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiffs' counsel shall inform the Court by letter no later than April 12, 2022, how it wishes to conduct the damages inquest.

**SO ORDERED.**

Dated:    March 29, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1