UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAVINO DEL BENE U.S.A., INC. and SAVINO DEL BENE S.P.A.,<br><br>Plaintiffs,<br><br>-against-<br><br>MEDITERRANEAN SHIPPING COMPANY, (USA) INC. and MSC MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>Defendants. | Case No.: 1:21-cv-07205-LAP<br><br>[~~PROPOSED~~] **ORDER SETTING ASIDE ENTRY OF DEFAULTS** |

The consent motion of the parties to set aside the clerk's entry of defaults against defendants MSC Mediterranean Shipping Company, (USA) Inc. and MSC Mediterranean Shipping Company S.A. ("Defendants"), having come before the Court, and good cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The clerk's entry of defaults against Defendants MSC Mediterranean Shipping Company, (USA) Inc. and MSC Mediterranean Shipping Company S.A. filed on December 17, 2021, are hereby vacated and set aside.

2. The Court's entry of defaults against Defendants MSC Mediterranean Shipping Company, (USA) Inc. and MSC Mediterranean Shipping Company S.A. entered on March 29, 2022, are hereby vacated and set aside.

3. Defendants shall respond to Plaintiffs' Complaint within thirty (30) days from the date of the entry of the Court's Order setting aside the entry of defaults.

*Loretta A. Preska*
Hon. Loretta A. Preska
United States District Court Judge